HANSON BRIDGETT LLP
ANDREW G. GIACOMINI, SBN 154377
agiacomini@hansonbridgett.com
WALTER R. SCHNEIDER, SBN 173113
LAILA JADELRAB LOURIDAS, SBN 248035
425 Market Street, 26th Floor
San Francisco, CA 94105
Telephone: (415) 777-3200
Facsimile: (415) 541-9366

Attorneys for Defendants and Counterclaimants
ARTERRA MISSION BAY, LLC and INTRACORP SAN FRANCISCO, LLC

# UNITED STATES DISTRICT COURT

## FOR THE NORTHERN DISTRICT OF CALIFORNIA

### SAN FRANCISCO DIVISION

| | |
|---|---|
| AXIS SURPLUS INSURANCE COMPANY AND LANDMARK AMERICAN INSURANCE COMPANY,<br><br>Plaintiffs,<br><br>v.<br><br>ARTERRA MISSION BAY, LLC AND INTRACORP SAN FRANCISCO, LLC, AND ROES 1 THROUGH 20, INCLUSIVE,<br><br>Defendants. | No. CV 08 4334 CRB<br><br>**STIPULATION OF DISMISSAL**<br><br>**Complaint Filed: September 16, 2008** |
| ARTERRA MISSION BAY, LLC AND INTRACORP SAN FRANCISCO, LLC,<br><br>Counterclaimants,<br><br>v.<br><br>AXIS SURPLUS INSURANCE COMPANY AND LANDMARK AMERICAN INSURANCE COMPANY,<br><br>Counterdefendants. | |

IT IS HEREBY STIPULATED by and between the parties to this action through their designated counsel that the above-captioned action be and is hereby dismissed

- 1 -

1  with prejudice pursuant to Federal Rule of Civil Procedure 41(a)(1).

2  DATED: March 3, 2009                HANSON BRIDGETT LLP

4                                       By: _____
5                                       ANDREW G. GIACOMINI
                                        WALTER R. SCHNEIDER
                                        LAILA JADELRAB LOURIDAS
6                                       Attorneys for Defendants and
                                        Counterclaimants
7                                       Arterra Mission Bay, LLC and Intracorp
                                        San Francisco, LLC

10 DATED: March 3, 2009                 BULLIVANT HOUSER BAILEY PC

12                                      By: _____
13                                      JESS B. MILLIKAN
                                        LLOYD BERNSTEIN
14                                      PETER ROLDAN
                                        Attorneys for Plaintiffs and
15                                      Counterdefendants
                                        Axis Surplus Insurance Company and
16                                      Landmark American Insurance
                                        Company

**UNITED STATES DISTRICT COURT — NORTHERN DISTRICT OF CALIFORNIA**

IT IS SO ORDERED

Judge Charles R. Breyer

# PROOF OF SERVICE

## Axis Surplus Insurance, et al. v. Arterra Mission Bay, LLC

I, A. Adiam Gebremicael, declare that I am a resident of the State of California. I am over the age of 18 years and not a party to the action entitled *Axis Surplus Insurance, et al. v. Arterra Mission Bay, LLC*; that my business address is 425 Market Street, 26th Floor, San Francisco, California 94105. On March 9, 2009, I served a true and accurate copy of the document(s) entitled:

**Stipulation of Dismissal dated March 9, 2009**

on the party(ies) in this action by placing said copy(ies) in a sealed envelope, each addressed to the last address(es) given by the party(ies) as follows:

> Jess B. Millikan, Esq.
> Bullivant Houser Bailey PC
> 601 California Street, Suite 1800
> San Francisco, CA 94108-2823
> Phone: (415) 352-2718
> Fax:     (415) 352-2701
> E-Mail: jess.millikan@bullivant.com

☐ (By First Class Mail pursuant to Code of Civil Procedure section 1013.) I am readily familiar with Hanson Bridgett's practices for collecting and processing documents for mailing with United States Postal Service. Following these ordinary business practices, I placed the above referenced sealed envelope(s) for collection and mailing with the United States Postal Service on the date listed herein at 425 Market Street, 26th Floor, San Francisco, California 94105. The above referenced sealed envelope(s) will be deposited with the United States Postal Service on the date listed herein in the ordinary course of business.

☐ (By Express Mail pursuant to Code of Civil Procedure section 1013.) I deposited each sealed envelope, with the postage prepaid, to be delivered via _____ to the party(ies) so designated on the service list.

☐ (By Telecopy Fax pursuant to Code of Civil Procedure section 1013.) I am readily familiar with Hanson Bridgett's practice for processing of documents via Telefax. Following these ordinary business practices, I directed that the above referenced documents(s) be placed in the Telefax machine, with all costs of Telefaxing prepaid, directed to each of the party(ies) listed on the attached service list using the last Telefax numbers(s) given by the party(ies), and processed through the Telefax equipment, until a report is provided by that equipment indicating that the Telefax operation was successful. A copy of the Telefax report indicating successful transmission is attached hereto.

- 1 -

1    ☒    (By Electronic Transmission based on a court order or an agreement of the parties to accept service by email or electronic transmission.)  I am readily familiar with Hanson Bridgett's practices for transmitting documents by electronic mail via internet service provider.  I caused the documents to be sent to the persons at the email addresses listed for each addressee on the attached service list.  I did not receive, within a reasonable time after the transmission, any electronic message or other indication that the transmission was unsuccessful.

I declare under penalty of perjury under the laws of the State of California that the above is true and correct and was executed on March 9, 2009, at San Francisco, California.

_____
A. Adiam Gebremicael

STIPULATION OF DISMISSAL DATED MARCH 9, 2009     1855739.1